**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————

**No. 01-7733**

————

JAMES GUY ARNOLD, IV,

                                        Plaintiff - Appellant,

        versus

CHARLES MADES, Sheriff; VAN EVANS, Lieutenant,
Warden; THE STATE OF MARYLAND,

                                        Defendants - Appellees.

————

**No. 01-7734**

————

JAMES GUY ARNOLD, IV,

                                        Plaintiff - Appellant,

        versus

THE STATE OF MARYLAND; M. KENNETH LONG, JR.,

                                        Defendants - Appellees.

————

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-01-
2710, CA-01-2711)

————

Submitted:  January 31, 2002        Decided:  February 28, 2002

Before WILKINS, MICHAEL, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Guy Arnold, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Guy Arnold appeals from the district court's orders dismissing his petition filed pursuant to 28 U.S.C. §§ 1442(a)(1), 1443 (1994), and dismissing his petition filed pursuant to 28 U.S.C. § 1331 (1994) after construing it as a petition for a writ of mandamus. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm the district court's dismissal of Arnold's petitions. See Arnold v. Mades, No. CA-01-2710 (D. Md. Sept. 18, 2001); Arnold v. Maryland, No. CA-01-2711 (D. Md. Sept. 17, 2001). We deny Arnold's motions for a writ of prohibition, for a writ of mandamus, for a writ of error coram nobis, to file an ex parte brief, for bail and return of property, for electronic records and transcripts, for immediate discharge, for a stay of his state court criminal prosecutions, for an expedited hearing, for plenary review, for an evidentiary hearing and formal briefing order, and for certificates of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED